UNITED STATES DISTRICT COURT<br/>SOUTHERN DISTRICT OF CALIFORNIA



FILED

2015 MAY 15 PM 1:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ hp _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>MIGUEL ALVAREZ ,<br><br>                              Defendant. | CASE NO. 15CR0784-DMS<br><br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_   the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

   8 USC 1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   MAY 15, 2015

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE